ACCEPTED
03-16-00206-CV
10873951
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/27/2016 3:42:57 PM
JEFFREY D. KYLE
CLERK

**No. 03-16-00206-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/27/2016 3:42:57 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

**UNITED STATES STEEL CORPORATION,**

*Defendant/Appellant/Cross-Appellee*

**v.**

**JOHN H. YOUNG, INC.,**

*Plaintiff/Appellee/Cross-Appellant.*

*On appeal from the 155th Judicial District Court*
*Fayette County, Texas, Hon. Jeff R. Steinhauser, Judge Presiding*

**APPELLEE/CROSS-APPELLANT JOHN H. YOUNG, INC.'S
MOTION TO FILE CONSOLIDATED BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellee/Cross-Appellant John H. Young, Inc. ("JHYI") files this [Un]opposed Motion to File Consolidated Brief, and in support thereof, respectfully shows as follows.

1. The Final Judgment in this case was signed on December 29, 2015. On March 24, 2016, United States Steel Corporation ("US Steel") filed its Notice of Appeal in the trial court. On March 30, 2016, JHYI filed its Notice of Cross-Appeal in the trial court.

1

2. The Clerk's Record was filed on May 17, 2016, and the Reporter's Record was filed on May 20, 2016. US Steel's Appellant's Brief and JHYI's Cross-Appellant's Brief are presently due on June 20, 2016.

3. In the interests of judicial economy and efficiency, JHYI requests that it be permitted to brief the issues in its cross-appeal in conjunction with its Appellee's Brief. The deadline for JHYI's consolidated brief would be 30 days after US Steel's Appellant's Brief is filed. JHYI's Cross-Appellant's Reply Brief would be due 20 days after US Steel filed its Cross-Appellee's Brief.

4. Nothing herein is intended to be a waiver of either party's right to seek an extension of time in which to file their briefs, as may be necessary and permitted.

5. This motion is not sought for delay, but in the interest of justice and to ensure that JHYI's combined brief sufficiently aids the Court in its decisional process, without unnecessarily burdening the Court with duplicative briefing. Permitting JHYI to file a consolidated brief will reduce the number of briefs JHYI files in this appeal from three to two.

## CONCLUSION AND PRAYER

For all of the foregoing reasons, Appellee/Cross-Appellant John H. Young, Inc. respectfully prays that the Court grant JHYI's Motion to File Consolidated

Brief, and permit JHYI to file a consolidated brief in accordance with the schedule set forth herein.

Respectfully submitted,

**ZABEL FREEMAN**

By: __/s/ Thomas A. Zabel____
    Thomas A. Zabel
    State Bar No. 22235500
    Nancy H. Elliott
    State Bar No. 08701240
    Pamela M. Dupuis
    State Bar No. 24040840
    1135 Heights Blvd.
    Houston, Texas 77008
    Telephone:  (713) 802-9117
    Facsimile:  (713) 802-9114
    tzabel@zflawfirm.com

    **ATTORNEYS FOR**
    **JOHN H. YOUNG, INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 23 and 24, 2016, I conferred with counsel for United States Steel Corporation regarding the relief requested herein.  As of the filing of this Motion, United States Steel Corporation has not indicated that it is opposed to the relief requested herein.

___/s/ Nancy H. Elliott_____
Nancy H. Elliott

**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this motion was prepared in Times New Roman 14-point font, and contains 296 words, and that this number was calculated using the word count program of Microsoft Word, which is the program that was used to prepare this document.

_____/s/ Nancy H. Elliott_____
Nancy H. Elliott

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to File Consolidated Brief has been served via electronic filing on the following counsel of record, this 27th day of May, 2016:

Thomas M. Farrell
MCGUIRE WOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
tfarrell@mcguirewoods.com

Gary S. Kessler
Bryon L. Romine
KESSLER & COLLINS, P.C.
2100 Ross Ave., Suite 750
Dallas, Texas 75201
gsk@kesslercollins.com
blr@kesslercollins.com

_____/s/ Nancy H. Elliott_____
Nancy H. Elliott